No. 93. HAUG ET UX. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *David Scribner* and *Jack G. Day* for petitioners. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *George D. Searls* for the United States.

No. 553. ARMOUR RESEARCH FOUNDATION OF ILLINOIS INSTITUTE OF TECHNOLOGY ET AL. v. C. K. WILLIAMS & CO., INC., ET AL.; and

No. 606. C. K. WILLIAMS & CO., INC., v. ARMOUR RESEARCH FOUNDATION OF ILLINOIS INSTITUTE OF TECHNOLOGY ET AL. C. A. 7th Cir. Certiorari denied. *Carlton Hill* and *Benjamin H. Sherman* for petitioners in No. 553 and, together with *Edward A. Haight* and *William H. Abbott,* for respondents in No. 606. *Albert C. Johnston, Marcus A. Hollabaugh* and *Henry Driemeyer* for C. K. Williams & Co., Inc., in Nos. 553 and 606. Reported below: 280 F. 2d 499.

No. 559. CORAL GABLES FIRST NATIONAL BANK ET AL. v. CONSTRUCTORS OF FLORIDA, INC., ET AL. District Court of Appeal of Florida, Third Appellate District. Certiorari denied. *W. G. Ward* and *Leo L. Foster* for petitioners. *William L. Gray, Jr., Fuller Warren, Tom Maxey* and *Egbert Beall* for respondents.

No. 583. CAUGHORN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *William Earl Badget* for petitioner. *Solicitor General Rankin, Assistant Attorney General Tyler, Harold H. Greene* and *Isabel L. Blair* for the United States.